UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 23 1998

MICHAEL N. MILBY, Clerk

| | |
|---|---|
| STAN C. THORNE, individually, and on behalf of those similarly situated, | Case No. H98-2494 |
| Plaintiff, | |
| v. | |
| EEX CORPORATION, ENSERCH CORPORATION, DEGOLYER & MACNAUGHTON, DAVID W. BIEGLER, GARY J. JUNCO, FREDERICK S. ADDY, AND B.K. IRANI, | |
| Defendants. | |

## STIPULATION AND ORDER

WHEREAS, on August 3, 1998 plaintiff filed his Class Action Complaint (the "Complaint") in the above-referenced action (the "Action") for alleged violations of the federal securities laws;

WHEREAS, on August 3, 1998 a related class action complaint styled <u>Gracy Fund L.P., et al. v. EEX Corporation, et al.</u>, Case No. 3-98-CV-1808-G, was filed in the United States District Court for the Northern District of Texas, Dallas Division (the "Northern District Action"), and names some of the same defendants in this Action, asserts similar claims and arises from a set of facts common to this Action;

WHEREAS, on October 5, 1998 defendants filed a motion to transfer this Action to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in order to permit consolidation of this Action with the Northern District Action;

WHEREAS, plaintiffs and defendants have now agreed that the Action should be transferred to the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1404(a) and consolidated with the Dallas Action pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, as follows:

(1) The Action shall be transferred to the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1404(a); and

(2) The Action shall be consolidated with Northern District Action for all purposes as one action pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Dated: _____, 1998     Respectfully submitted,

By: _____
Roger B. Greenberg
State Bar No. 08390000

Of Counsel:

GREENBERG, PEDEN, SIEGMYER & OSHMAN, P.C.
David E. Sharp
12 Greenway Plaza, Tenth Floor
Houston, TX 77046
Tel: (713) 627-2720
Fax: (713) 627-7057

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
Steven J. Toll
Matthew J. Ide
999 Third Avenue, Suite 3600
Seattle, WA 98104-4001
Tel: (206) 521-0080
Fax: (206) 521-0166

S\LIB1\CHM\248116

|     |     |
| --- | --- |
| 1   | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
| 2   | Herbert E. Milstein |
|     | 1100 New York Avenue NW |
| 3   | West Tower, Suite 500 |
|     | Washington, D.C. 20005 |
| 4   | Tel: (202) 408-4600 |
|     | Fax: (202) 408-4699 |
| 5   |     |
| 6   | MILBERG WEISS BERSHAD HYNES & LERACH |
|     | Steven G. Schulman |
| 7   | Samuel H. Rudman |
|     | Russell J. Gunyan |
| 8   | One Pennsylvania Plaza, 49th Floor |
|     | New York, NY 10119 |
| 9   | Tel: (212) 594-5300 |
|     | Fax: (212) 868-1229 |
| 10  |     |
| 11  | Attorneys for Plaintiff |

Dated: 10/23, 1998   Respectfully submitted,

By: _____
Paul R. Bessette
State Bar No. 02263050

Of Counsel:

BROBECK, PHLEGER & HARRISON LLP
Robert P. Varian
Christopher H. McGrath
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-0900
Fax: (415) 442-1010

Attorneys for Defendants EEX Corporation,
Frederick S. Addy, B.K. Irani and Gary J. Junco

SDILIB1\CHM\248116

-3-

| | |
|---|---|
| 1 | Dated: _____, 1998  Respectfully submitted, |
| 2 | |
| 3 | |
| 4 | By: _____ |

Dated: _____, 1998        Respectfully submitted,

By: _____
Robert A. Wooldridge
State Bar No. 21984000

Of Counsel:

WORSHAM, FORSYTHE & WOOLDRIDGE, L.L.P.
Robert K. Wise
David P. Poole
Energy Plaza
1601 Bryan, 30th Floor
Dallas, Texas 75201-3402
Tel: (214) 979-3000
Fax: (214) 880-0011

Attorneys for Defendants Ensrch Corporation and David W. Biegler

Dated: 10/21/98, 1998        Respectfully submitted,

By: /s/ William L. Banowsky
William L. Banowsky

Of Counsel:

THOMPSON & KNIGHT
Craig A. Haynes
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
Tel: (214) 969-1231
Fax: (214) 880-3254

Attorneys for Defendant DeGolyer & MacNaughton

\* \* \*

SDILIB1\CHM\248116

| | | |
|---|---|---|
| 1 | Dated: *10/20*, 1998 | Respectfully submitted, |
| 2 | | |
| 3 | | By: *Robert Wooldridge By David Poole* |
| 4 | | Robert A. Wooldridge |
| | | State Bar No. 21984000 |
| 5 | | |
| 6 | | Of Counsel: |
| 7 | | WORSHAM, FORSYTHE & WOOLDRIDGE, L.L.P. |
| | | Robert K. Wise |
| 8 | | David P. Poole |
| | | Energy Plaza |
| 9 | | 1601 Bryan, 30th Floor |
| 10 | | Dallas, Texas 75201-3402 |
| | | Tel: (214) 979-3000 |
| 11 | | Fax: (214) 880-0011 |
| 12 | | Attorneys for Defendants Enserch Corporation and David W. Biegler |
| 13 | | |
| 14 | Dated: _____, 1998 | Respectfully submitted, |
| 15 | | |
| 16 | | |
| 17 | | By: _____ |
| | | William L. Banowsky |
| 18 | | |
| 19 | | Of Counsel: |
| 20 | | THOMPSON & KNIGHT |
| | | Craig A. Haynes |
| 21 | | 1700 Pacific Avenue, Suite 3300 |
| | | Dallas, TX 75201 |
| 22 | | Tel: (214) 969-1231 |
| 23 | | Fax: (214) 880-3254 |
| 24 | | Attorneys for Defendant DeGolyer & MacNaughton |
| 25 | | * * * |
| 26 | | |
| 27 | | |
| 28 | | |

# ORDER

The Court, having reviewed the Stipulation of the parties that this action be transferred to the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1404(a), and good cause appearing therefore, it is hereby ordered that this action be, and hereby is, transferred to the Northern District of Texas, Dallas Division.

Dated: Oct. 26, 1998

*[signature]*

THE HONORABLE NANCY ATLAS
UNITED STATES DISTRICT JUDGE

SDILIB1\CHM\248116